

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:        Dominique Dontray Giddens

Appellate case number:      01-17-00085-CR

Trial court case number:    12-DCR-060594

Trial court:                268th District Court of Fort Bend County

      This case was abated and remanded to the trial court for the trial court to determine whether appellant wishes to prosecute this appeal, to determine whether appellant's counsel had abandoned the appeal, and, if counsel had not abandoned the appeal, to inquire of counsel why appellant's brief has not yet been filed and to set a date certain when appellant's counsel must file appellant's brief. On October 25, 2017, appellant filed his appellant's brief. Accordingly, we **REINSTATE** this case on the Court's active docket.

      The State's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).


Judge's signature: /s/ Sherry Radack
               ☒  Acting individually    ☐  Acting for the Court

Date:  October 31, 2017